IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BELL, on behalf of himself and similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., RBS CITIZENS, N.A. (d/b/a Citizens Bank), and CITIZENS BANK OF PENNSYLVANIA (d/b/a Citizens Bank),<br><br>Defendants. | CIVIL ACTION<br><br>NO. 10-cv-0320-GLL |

## ORDER

Now this 15th day of Dec, 2010, upon consideration of Plaintiffs' Motion to File Documents Under Seal ("Motion") (Doc. #83) and all other papers and proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED**, and Exhibit I to "Plaintiff's Brief in Support of Motion for Class Certification Under Pennsylvania's Minimum Wage Act" and "Plaintiff's Brief in Support of Motion for Class Certification Under Massachusetts' Minimum Wage Act" shall be filed under seal pursuant to the Western District of Pennsylvania ECF Procedures No. 8.

BY THE COURT:

_____
Hon. Gary L. Lancaster, C.J.