IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN BELL and KEITH COSTANZA, )
on behalf of themselves and )
similarly situated employees, )
)
        Plaintiffs, )
)
    v. )
)
CITIZENS FINANCIAL GROUP, INC., )  Civil Action No. 10-320
RBS CITIZENS, N.A. (d/b/a )
Citizens Bank), and CITIZENS )
BANK OF PENNSYLVANIA (d/b/a )
Citizens Bank), )
)
        Defendants. )

## ORDER

AND NOW, this 27th day of January, 2011, upon consideration of plaintiffs' motion for an order permitting Richard Berger II, Megan Clark, Carly Gould, Michela Grascia, Janice Hardt, Shayla Hudson, Case Jadge, Marlon Jefferson, Jennifer Pena, Joelle Rebl, Pamela Reed, and Pamela Young to file their consent to become party plaintiff forms with this court outside of the December 6, 2010 deadline [Doc. No. 94], said motion is hereby GRANTED. The consent forms filed out-of-time by the above persons, for the purposes of the statute of limitations, are deemed filed as of January 7, 2011.

BY THE COURT:

_____, C.J.

cc: All Counsel of Record