IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BELL, on behalf of himself and<br>similarly situated employees, | :<br>:<br>: |
| | :   CIVIL ACTION |
|     Plaintiff, | :<br>:   NO. 10-cv-0320-GLL |
|     v. | :<br>: |
| CITIZENS FINANCIAL GROUP, INC., RBS<br>CITIZENS, N.A. (d/b/a Citizens Bank), and<br>CITIZENS BANK OF PENNSYLVANIA<br>(d/b/a Citizens Bank), | :<br>:<br>:<br>: |
| | : |
|     Defendants. | :<br>: |

**ORDER**

ANow this _13ᵗʰ_ day of _MARCH_, 2012, upon consideration of Plaintiffs'
Unopposed Motion to File Documents Under Seal (Doc. 126), it is hereby **ORDERED** that the
Motion is **GRANTED**, and certain Exhibits C, E, and G to "Memorandum in Opposition to
Defendants' Motion for Decertification of the Collective Class" shall be filed under seal pursuant
to the Western District of Pennsylvania ECF Procedures No. 8.

BY THE COURT:

Hon. Gary L. Lancaster, C.J.